AO 91 (Rev. 5/85) Criminal Complaint

E-FILED
Wednesday, 20 April, 2005 02:53:30 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

DAVID M. DRISKEL, and
MELISSA PAYNE, a/k/a
MELISSA MATYE.

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-6414M

FILED
APR 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 13, 2005, in Henry County, in the Central District of Illinois defendant(s) did,

Possess with intent to distribute marijuana,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(B). I further state that I am a(n) Special Agent of the Drug Enforcement Administration and that this Complaint is based on the following facts:

See Affidavit attached which is incorporated herein.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

S/Russell Coulter
Russell Coulter, Special Agent
Drug Enforcement Administration
Rock Island, Illinois
City and State

Sworn to before me and subscribed in my presence,
April 20, 2005 at
Date

John A. Gorman
U.S. Magistrate Judge
Name & Title of Judicial Officer

S/John A. Gorman
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT

RUSSELL COULTER, being first duly sworn upon oath, deposes and states as follows :

1. I am a Special Agent with the U.S. Drug Enforcement Administration (DEA), and have been so employed since January 1997. Prior to this, I was employed as a Special Agent with the U.S. Railroad Retirement, Office of Inspector General, for approximately six years. During my law enforcement career, I have been involved in the undercover and controlled purchase of narcotics, the management of and debriefing of confidential sources, the tracing of drug proceeds, and the acquisition and execution of numerous search warrants. I am aware of the information set forth below through discussions with other law enforcement officers.

2. On April 13, 2005, at approximately 3:39 pm, a trooper from the Illinois State Police stopped a motor home driven by David M. Driskel, for a traffic violation on eastbound Interstate 80 in Henry County, Illinois. A passenger in the motor home was identified as Melissa Payne, a/k/a Melissa Matye.

3. After issuing Driskel a written warning for the traffic violation, the trooper obtained consent to search. The trooper then conducted a walk-around the motor home with a narcotics trained canine. The canine alerted to the storage compartments located under the motor home. A subsequent search of the vehicle led to the seizure of approximately 773 pounds of marijuana that field tested positive. The marijuana was located in the storage compartments located under the motor home and in a closet located inside the motor home. An unloaded 12 gauge shotgun was also located and seized from under the bed located in the back of the motor home.

4. Driskel and Payne subsequently provided post-*Miranda* statements to law enforcement personnel. Driskel and Payne both admitted to knowing the motor home contained marijuana.

S/Russell Coulter
_____
Russell Coulter, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence this 20th day of April, 2005.

S/John A. Gorman
_____
John A. Gorman
United States Magistrate Judge