# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA   )
                           )
           v.              )   Case Number: 05-6414
Driskel / Payne A/k/a/ Martyn )
                           )
   Defendants.             )

**ENTRY OF APPEARANCE**

I hereby enter my appearance as attorney of record on behalf of _Defendants_ in this case.

FILED
APR 2 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dated: 4/25/05

_Tellen, Hershey, Smith + Carran (Bruce Carran)_
**Attorney for Defendant**

_PO Box 179, Cambridge IL 61238_
**Address**

_309-937-3339_
**Phone No**