AO 470 (8/85) Order of Temporary Detention

# United States District Court

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

v.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

_____Melissa Payne   aka   Melissa Matye_____
Defendant

Case Number:   05-6414M

FILED
APR 2 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Upon motion of the ____U.S. Government____, it is ORDERED that a detention hearing is set for ____April 29, 2005____ * at ____2:30 p.m.____
                                                                          Date                                    Time

before ____U.S. Magistrate Judge Thomas J. Shields____
                                    Name of Judicial Officer

____211 19th St. Rock Island, IL____
                Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____

_____) and produced for the hearing.
                                    Other Custodial Official

Date: ____April 25 2005____                                    S/Thomas J. Shields
                                                                              Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.