E-FILED
Tuesday, 10 May, 2005  10:52:16 AM
Clerk, U.S. District Court, ILCD
COPY

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

**David M. Driskel**
**Melissa Payne**

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-6414M

TO: Custodian of Records
Illinois State Police, District 7 Headquarters
800 Hillcrest Road
E. Moline, IL 61244

☒ YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM  Hon. Thomas Shields |
|---|---|
| United States District Courthouse  211 19th Street  Rock Island, IL 61201 | United States Magistrate Judge |
| | **DATE AND TIME**  Tuesday, May 17, 2005 at 2:00 pm |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. A copy of IL State Police District 7 dispatch tapes and dispatch logs for the date 04-13-2005 from 1530 hours until 1630 hours to include transmissions of Trooper Thulen and any ISP Troopers involved in the stop and arrest of David Driskel and Melissa Payne on Eastbound Interstate 80 in Henry Co., IL.

2. A copy of any video or audio tape created via any "in car" video recorder of the traffic stop and arrest of David Driskel and Melissa Payne at approximately 1539 hours on 04-13-2005 on Eastbound Interstate 80 in Henry County, IL..

NOTE: THIS SUBPOENA IS FOR THE PRODUCTION OF RECORDS ONLY. NO COURT APPEARANCE IS REQUIRED.

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

| S/John M. Waters | DATE |
|---|---|
| (BY) DEPUTY CLERK  S/Denise Koester | May 10, 2005 |
| This subpoena is issued upon application of the:  ☐ Plaintiff  ☒ Defendant  ☐ U.S. Attorney | QUESTIONS MAY BE ADDRESSED TO  George F. Taseff, Senior Litigator  Federal Public Defenders Office  401 Main St. Suite 1500, Peoria, IL  (309) 671-7891  ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |

* If not applicable, enter "none".    To be used in lieu of AO89    FORM OBD-226