# United States District Court

___CENTRAL___ DISTRICT OF ___ILLINOIS___

UNITED STATES OF AMERICA

v.

MELISSA PAYNE, a/k/a
MELISSA MATYE

**WARRANT FOR ARREST**

CASE NUMBER: 05-6414M

FILED
MAY 20 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Melissa Payne, a/k/a Melissa Matye___
                                                                      Name

and bring her forthwith to the nearest magistrate judge to answer a

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice

charging her with (brief description of offense)

Possession with intent to distribute marijuana,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 841(b)(1)(B)__

_s/John A. Gorman_
Name of Issuing Officer

___U.S. Magistrate Judge___
Title of Issuing Officer

_s/John A. Gorman_
Signature of Issuing Officer

___April 20, 2005, Rock Island, Illinois___
Date and Location

Bail fixed at $ ___No Bond___   by  _s/John A. Gorman_
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
___Henry Co, IL___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-22-05 | ROSS - DEA | [signature] |
| DATE OF ARREST | | |
| 4-25-05 | | |