E-FILED
Monday, 23 May, 2005 10:31:40 AM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

MAY 2 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 05- |
| v. ) | |
| ) | VIO: Title 21, United States Code, |
| DAVID MICHAEL DRISKEL, JR., and ) | Sections 841(a)(1), 841(b)(1)(B) |
| MELISSA MATYE, a/k/a MELISSA PAYNE, ) | and 846, and Title 18, United States |
| ) | Code, Section 1952. |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (CONSPIRACY TO DISTRIBUTE MARIJUANA)

From at least February 2005, and continuing until on or about April 13, 2005, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**DAVID MICHAEL DRISKEL, JR.,**

did conspire with persons known and unknown to the Grand Jury to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), that is, to knowingly and intentionally distribute and possess with intent to distribute 100 kilograms or more of a mixture and substance containing a detectible amount of marijuana, all in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA)

On or about April 13, 2005, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**DAVID MICHAEL DRISKEL, JR.,**

did knowingly and intentionally possess with intent to distribute 100 kilograms or more of a mixture and substance containing a detectible amount of marijuana, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE
### (INTERSTATE TRAVEL IN AID OF CONTROLLED SUBSTANCE OFFENSE)

On or about April 13, 2005, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**MELISSA MATYE, a/k/a MELISSA PAYNE,**

did knowingly and intentionally travel in interstate commerce, with intent to promote the carrying on of an unlawful activity, namely, a controlled substance offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) as charged in Count Two of this Indictment, and did thereafter perform an act to promote the carrying on of said unlawful activity, that is, accompanying David Michael Driskell, Jr., the defendant named in Count Two, as he drove a motor home with approximately 773 pounds of marijuana concealed therein, all in violation of Title 18, United States Code, Section 1952.

A TRUE BILL

s/Foreperson
**FOREPERSON**

s/K. Tate Chambers
JAN PAUL MILLER
UNITED STATES ATTORNEY
JBL