E-FILED
Tuesday, 24 May, 2005  11:35:43 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>)<br>) CASE NO. 05-40055<br>) |
| Melissa Payne<br>Defendant | )<br>)<br>) |

**FILED**
MAY 2 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:30 a.m.** on **Friday, July 8, 2005** in person in Rock Island.

This matter is set for Jury Trial at 8:30 A.M. on **Monday, July 25, 2005**

at

[ ] Peoria, Illinois

[ X ] Rock Island, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 24th day of May, 2005

S/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE

0540055SO 0524.wpd