E-FILED
Thursday, 26 May, 2005  09:26:15 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 05-40055 |
| ) | |
| MELISSA MATYE, aka ) | |
| MELISSA PAYNE, et al., ) | Hearing Requested |
| ) | |
| Defendants. ) | |

### DEFENDANT MATYE'S MOTION TO VACATE DETENTION ORDER AND TO ADMIT DEFENDANT TO BAIL BASED UPON CHANGED CIRCUMSTANCES

Now comes the Defendant, MELISSA MATYE, aka MELISSA PAYNE, by her attorney, and pursuant to Title 18 U.S.C. § 3142(f), moves this Court for the entry of an Order vacating the detention order entered on May 20, 2005, and admitting the Defendant to bail under strict conditions of pretrial release requiring the Defendant to undergo and successfully complete a residential drug and alcohol treatment program at the Robert Young Center, and in support thereof, states as follows:

1.	That on May 20, 2005, the Defendant was ordered detained without bond by United States Magistrate Judge Thomas J. Shields, a copy of said order being attached hereto and marked Exhibit 1.  In denying this Defendant's request that she be granted bond so that she could undergo a residential drug and alcohol treatment program at the Robert Young Center, Judge Shields noted that "The Court is satisfied that neither Driskel nor Matye have rebutted the presumptions of risk of harm or danger to the community and/or risk of flight

to avoid prosecution, and under the current state of the record, the Court does not believe there is a combination of conditions that it can impose that would remove either of those presumptive risks effectively." (Order, p. 5).

2. That on May 20, 2005, Defendant Matye was indicted for the sole offense of interstate travel in aid of a controlled substance offense in violation of Title 18 U.S.C. § 1952, an offense that carries a statutory maximum sentence of five years imprisonment and that does <u>not</u> invoke the statutory presumption of danger to the community/risk of flight contained in Title 18 U.S.C. § 3142(e). A copy of said indictment is attached hereto as Exhibit 2.

3. That where the government seeks detention based upon the defendant's alleged risk of flight, courts have found that the availability of electronic monitoring programs, and the imposition of other conditions of release, effectively rebut the statutory presumption and warrant pretrial release. <u>United States v. O'Brien</u>, 895 F.2d 810, 816 (1st Cir. 1990).

4. That Defendant Matye renews her request for bond requiring that she undergo and successfully complete a residential drug and alcohol treatment program at the Robert Young Center, and agrees to remain at the residential treatment center for the entire course of her treatment subject to the conditions of "home confinement" and electronic monitoring.

WHEREFORE, Defendant respectfully requests the entry of an Order vacating the detention order entered on May 20, 2005, and admitting the Defendant to bail under strict conditions of pretrial release requiring the Defendant to undergo and successfully complete a residential drug and alcohol treatment program at the Robert Young Center.

        MELISSA MATYE, aka
        MELISSA PAYNE, Defendant

        /s/George F. Taseff
        Ill. Bar Number: 6180419
        Attorney for Defendant
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        FAX:   309/671-7898
        Email: george_taseff@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. Jeffrey B. Lang, Assistant United States Attorney, 1830 Second Street, Suite 320, Rock Island, IL 61201.

I further certify that a copy of the foregoing instrument was mailed to the following on May 26, 2005, by first class mail, proper postage affixed, by depositing same in the United States Mail:

        United States Probation Office
        235 Federal Building
        P.O. Box 4117
        Rock Island IL 61204-4117

        /s/George F. Taseff
        Ill. Bar Number: 6180419
        Attorney for Defendant
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        FAX:   309/671-7898
        Email: george_taseff@fd.org