E-FILED
Wednesday, 14 September, 2005  03:18:23 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No. 05-40055 |
| vs. ) | |
| ) | |
| DAVID DRISKEL ) | |
| and MELISSA MATYE, a/k/a Melissa Payne, ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this appearance as counsel for the government in the above-captioned case.

Respectfully submitted,

Jan Paul Miller
United States Attorney

BY:  /s/ Matthew J. Cannon
Matthew J. Cannon
Assistant United States Attorney
1830 Second Avenue, Suite 320
Rock Island, Illinois 61201
Telephone (309)793-5884

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 14, 2005, I electronically filed the foregoing Government's Notice Of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

George F. Taseff
401 Main St., Suite 1500
Peoria, IL 61602

Bruce L. Carmen
124 W Exchange Street
Cambridge, IL 61238.

Patrick W. Blegen
53 W Jackson St, Suite 1362
Chicago, IL 60604

/s/ Matthew J. Cannon
Matthew J. Cannon
Assistant United States Attorney