E-FILED
Friday, 18 November, 2005  10:16:58 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,          )<br>                              )    Crim. No. 05-40055<br>vs.                           )<br>                              )<br>DAVID DRISKEL                 )<br>and MELISSA MATYE, a/k/a Melissa Payne,  )<br>                              )<br>          Defendants.         ) | **FILED**<br>NOV 1 8 2005<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

**GOVERNMENT'S MOTION TO REMOVE CASE FROM TRIAL CALENDAR**

COMES NOW the United States of America, by and through its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Matthew J. Cannon, Assistant United States Attorney, and files this Motion To Remove Case From Trial Calendar as to Defendant Melissa Matye a/k/a Melissa Payne. In support of this motion, the government states as follows:

1. The United States of America and Defendant Melissa Matye a/k/a Melissa Payne have entered into an Agreement for Pretrial Diversion ("Agreement"), which is attached hereto as Exhibit A.

2. As reflected in the Agreement, the government has agreed to defer prosecution of Defendant Matye for twelve (12) months provided that she abides by the terms of the Agreement. At the end of such twelve month period, and as outlined in the Agreement, the government will discharge Defendant Matye from any further prosecution in this matter upon receiving a Pretrial Diversion Report that confirms that she has complied with the terms and conditions of her

pretrial diversion supervision.

3. As part of the Agreement, the Defendant has waived her rights to a speedy trial and has agreed that any time that lapses from the date of the Agreement to formal prosecution shall be deemed necessary delay at the Defendant's request and will be excludable time for purposes of speedy trial requirements.

4. Accordingly, the United States of America hereby requests that the Court remove the case against Defendant Melissa Matye from the trial calendar.

**WHEREFORE**, the government respectfully requests that the Government's Motion To Remove Case From Trial Calendar be granted.

                Respectfully submitted,

                Jan Paul Miller
                United States Attorney

BY:  /s/ Matthew J. Cannon
       Matthew J. Cannon
       Assistant United States Attorney
       1830 Second Avenue, Suite 320
       Rock Island, Illinois 61201
       Telephone (309)793-5884

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 18, 2005, I caused a copy of the foregoing Government's Motion To Remove Case From Trial Calendar to be served, via hand delievery, upon the following:

George F. Taseff
401 Main St., Suite 1500
Peoria, IL 61602

/s/ Matthew J. Cannon
Matthew J. Cannon
Assistant United States Attorney