E-FILED
Friday, 18 November, 2005 10:17:29 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 05-CR-40055 |
| v. | ) |
| DAVID MICHAEL DRISKEL, JR. and, MELISSA MATYE, a/k/a MELISSA PAYNE, | ) |
| Defendants. | ) |

**EXHIBIT A**
**AFFIDAVIT**

I, Melissa Matye, a/k/a Melissa Payne, being first duly sworn, hereby depose and state:

1. In April 2005, I traveled from Florida to Salt Lake City, Utah to meet David M. Driskel, Jr. ("Driskel"). Driskel was in the process of transporting to Dayton, Ohio, approximately 773 pounds of marijuana in a motor home when I joined him in Salt Lake City, Utah. I then accompanied Driskel in the motor home while he drove the motor home on interstate highways. At the time I joined Driskel in his travels, I knew that he was transporting a large quantity of marijuana to Dayton, Ohio.

2. On April 13, 2005, Driskel, while driving the motor home referred to above, was stopped by the Illinois State Police on Interstate 80 in Henry County, Illinois, which is in the Central District of Illinois. I was a passenger in the motor home at the time of the traffic stop. Subsequent to the traffic stop, the Illinois State Police

seized approximately 773 pounds of marijuana from the motor home I was traveling in with Driskel.

3. At the time that I accompanied Driskel in the motor home, I knew that he was transporting a controlled substance in violation of federal laws. I also knew that I was accompanying Driskel in interstate travel and commerce.

4. I also performed an act to promote the carrying on of said unlawful actively, that is, I knowingly accompanied Driskel as he drove the motor home with approximately 773 pounds of marijuana concealed therein. I knew that by accompanying him, I would be keeping him awake, helping him with traffic observations, assisting him with food and drink, providing entertainment, and otherwise helping him make the drive. Accordingly, I knowingly and intentionally traveled in interstate commerce, with the intent to promote the carrying on of an unlawful activity, namely, a controlled substance offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) as charged in Count Three of the indictment filed against me on May 20, 2005.

*Melissa Matye*

Melissa Matye a/k/a Melissa Payne

**COUNTY OF ROCK ISLAND,**

**STATE OF ILLINOIS,**

On this ___ day of _____, 2005, before me the undersigned Notary Public of the State of _____, the foregoing instrument was acknowledged by Melissa Matye, a/k/a

Melissa Payne

    who is:    ( ) Personally known to me, or;

               ( ) Produced I.D.: _____ ;

    and:    ( ) DID take an oath, or;

               ( ) DID NOT take an oath.

**WITNESS** my hand and official seal in the County and State last aforesaid this _____ day of _____, 2005.

_____

**NOTARY PUBLIC**

**STATE OF** _____