E-FILED
Thursday, 09 November, 2006 01:43:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No. 05-40055 |
| vs. ) | |
| ) | |
| DAVID DRISKEL ) | |
| and MELISSA MATYE, a/k/a Melissa Payne, ) | |
| ) | |
| Defendants. ) | |

FILED
NOV 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ADDENDUM TO AGREEMENT FOR PRETRIAL DIVERSION

Pursuant to Paragraph 4 of Section B of the Agreement for Pretrial Diversion ("Agreement") previously filed with the Court and entered into between the defendant, Melissa Matye a/k/a Melissa Payne ("Payne"), and the United States of America, through the Office of the United States Attorney for the Central District of Illinois, the parties enter into this Addendum to Agreement for Pretrial Diversion ("Addendum"). This Addendum is incorporated into the Agreement, as if set forth fully therein.

### Background

On June 12, 2006, Payne admitted to her probation officer that she failed to appear for a mandatory drug test scheduled for June 11, 2006. On June 12, 2006, Payne also informed the probation officer that on June 10, 2006, she used an illegal controlled substance, cocaine, and consumed alcohol. Payne subsequently failed to submit to other drug screening tests during the months of June and July 2006. These actions by the defendant constitute violations of the terms of her pretrial diversion program and a breach of the Agreement. Pursuant to the terms of the

1

Agreement, the United States Attorney's Office is electing to modify the Agreement rather than revoke it. This Addendum memorializes the modification.

## New Terms

The defendant agrees that the term of her pretrial diversion program will be extended for an additional six (6) months. This will extend the defendant's pretrial diversion program period from a total of twelve (12) months to a total of eighteen (18) months. The defendant also agrees to abide by all conditions of her pre-trial diversion program and agrees to obtain additional drug treatment and drug testing to the satisfaction of the probation officer assigned to be her Pretrial Diversion Supervisor.

## CERTIFICATION

The defendant hereby states and certifies that this Addendum has been read and explained to her, and that she fully understands it in its entirety. She further certifies that she understands the conditions of her pretrial diversion program and agrees to comply with each of these conditions.

Date: 9.8.06

S/Melissa Matye-Payne
MELISSA MATYE A/K/A MELISSA PAYNE

Date: 9-11-06

S/George Taseff
GEORGE F. TASEFF
ATTORNEY FOR DEFENDANT

RODGER A. HEATON
UNITED STATES ATTORNEY

Date: 9-13-06   BY:   S/Matthew Cannon
MATTHEW J. CANNON
ASSISTANT U.S. ATTORNEY

Date: 9-13-06

S/Mike Martens
MIKE MARTENS, U.S. PROBATION OFFICER

2