**E-FILED**
Monday, 22 January, 2007  10:26:49 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 05-40055 |
| | ) | |
| MELISSA PAYNE, | ) | Hearing Requested |
| | ) | |
| Defendant. | ) | |

MOTION TO MODIFY CONDITIONS OF SUPERVISION
WHILE ON PRETRIAL DIVERSION

Now comes the Defendant, MELISSA PAYNE, by her attorney, and pursuant to Title 18 U.S.C. § 3142(f), moves this Court for the entry of an Order modifying the conditions of the Defendant's supervision while she is on pretrial diversion by allowing the Defendant to reside with Nate Nelson and his parents, Kathy and David Nelson, of 1822 S. Timber Ct., Peoria, IL 61607 (Phone: 309/697-1687) for the duration of her pretrial diversion, and in support thereof, states as follows:

1.      That during the period of her pretrial diversion, the Defendant has been granted permission by this Court to reside with her parents in Sewaren, New Jersey.

2.      That due to unforeseen financial circumstances, and the fact that the Defendant is now pregnant and unemployed, the Defendant's parents are facing certain financial hardships that are making it difficult for them to continue to allow the Defendant to reside with them in their home.

3.      That the Defendant's expected child's father, Nate Nelson, and his parents, Kathy and David Nelson, of 1822 S. Timber Ct., Peoria, IL 61607 (Phone: 309/697-1687) wish to have the Defendant reside with them for the duration of her pretrial diversion period.

4.      That the ends of justice will best be served by granting the Defendant's request to reside with Nate Nelson and his parents, Kathy and David Nelson, of 1822 S. Timber Ct., Peoria, IL 61607 (Phone:  309/697-1687) for the duration of her pretrial diversion.

WHEREFORE, Defendant respectfully requests the entry of an Order modifying the conditions of her supervision while she is on pretrial diversion by allowing the Defendant to reside with Nate Nelson and his parents, Kathy and David Nelson, of 1822 S. Timber Ct., Peoria, IL 61607 (Phone:  309/697-1687) for the duration of her pretrial diversion.

> MELISSA PAYNE, Defendant
>
> /s/George F. Taseff
> Ill. Bar Number: 6180419
> Attorney for Defendant
> Assistant Federal Public Defender
> 401 Main Street, Suite 1500
> Peoria, Illinois 61602
> Phone: 309/671-7891
> FAX:   309/671-7898
> Email: george_taseff@fd.org

CERTIFICATE OF SERVICE

       I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. Matthew Cannon, Assistant United States Attorney, 1830 Second Avenue, Suite 320, Rock Island, IL 61201.

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org