UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | Crim. No. 05-40055 |
| vs.            ) | |
| ) | |
| DAVID DRISKEL            ) | |
| and MELISSA MATYE, a/k/a Melissa Payne,  ) | |
| ) | |
| Defendants.            ) | |

**GOVERNMENT'S MOTION TO DISMISS CHARGE
AGAINST MELISSA PAYNE AND TO TERMINATE BOND**

COMES NOW the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Matthew J. Cannon, Assistant United States Attorney, and files this Motion To Dismiss Charge Against Melissa Payne And To Terminate Bond. In support of this motion, the government states as follows:

1. The United States of America and Defendant Melissa Matye a/k/a Melissa Payne (hereafter referred to as "Payne') entered into an Agreement for Pretrial Diversion ("Agreement"). This Agreement was entered into following an Indictment issued against Payne on May 20, 2005 on one count of Interstate Travel In Aid Of Controlled Substance Offense.

2. As reflected in the Agreement, the government agreed to defer prosecution of Defendant Payne for twelve (12) months, which was extended by Addendum to eighteen (18) months, provided that she abided by the terms of the Agreement. As outlined in the Agreement, the government agreed to discharge Defendant Payne from any further prosecution in this matter

upon receiving a Pretrial Diversion Report that confirms that she has complied with the terms and conditions of her pretrial diversion supervision. The United States Attorney's Office for the Central District of Illinois received a Pretrial Diversion Report dated May 4, 2007, that confirms that Payne has complied with the conditions of her pretrial diversion supervision. In the Pretrial Diversion Report, the probation office recommends that prosecution of this case be discontinued and that bond and pretrial diversion supervision be terminated. The United States Attorney's Office concurs with probation's recommendation. The final day of Payne's pretrial diversion supervision was May 17, 2007.

3. In accordance with paragraph B(8) of the Agreement, the United States of America hereby moves to dismiss the charge of Interstate Travel In Aid Of Controlled Substance Offense against Defendant Payne and also requests that the Court terminate bond and pretrial superversion as to Defendant Payne.

**WHEREFORE**, the government respectfully requests that the Government's Motion To Dismiss Charge Against Melissa Payne And To Terminate Bond be granted.

Respectfully submitted,

Rodger A. Heaton
United States Attorney

BY:   /s/ Matthew J. Cannon
Matthew J. Cannon
Assistant United States Attorney
1830 Second Avenue, Suite 320
Rock Island, Illinois 61201
Telephone (309)793-5884

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 18, 2007, I caused a copy of the foregoing Government's Motion To Dismiss Charge Against Melissa Payne And To Terminate Bond to be served upon the following ECF participant:

George F. Taseff (counsel for Melissa Payne)
401 Main St., Suite 1500
Peoria, IL 61602

/s/ Matthew J. Cannon
Matthew J. Cannon
Assistant United States Attorney