E-FILED
Thursday, 24 May, 2007  03:53:56 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

FILED

MAY 2 4 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Crim. No. 05-40055** |
| **vs.** | ) | |
| | ) | |
| **DAVID DRISKEL** | ) | |
| **and MELISSA MATYE,** | ) | |
| **a/k/a Melissa Payne,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of the Government's Motion To Dismiss Charge

Against Melissa Payne And To Terminate Bond, with the Court being fully

advised of the premises, it is hereby ORDERED:

1. The single count of the May 20, 2005 Indictment against Melissa
   Matye a/k/a Melissa Payne ("Payne") charging her with Interstate
   Travel In Aid of Controlled Substance Offense is dismissed; and

2. Payne's bond and pretrial diversion supervision is terminated now
   that Payne has successfully completed her pretrial diversion
   program.

DATED: _5/24/07_

s/MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE